IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY RATLIFF, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE LOGISTICS, LLC,<br><br>Defendant. | Case No. 1:24-cv-08718<br><br>Judge John Robert Blakey<br><br>Mag. Judge Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Jeremy Ratliff hereby dismisses, without prejudice, this action in its entirety, including all claims against Defendant Penske Logistics, LLC, with each party to bear its own costs.

Dated: January 17, 2025

Respectfully Submitted,

*/s/ Aaron S. Welo*
William H. Beaumont
(whb@beaumont-law.com)
Aaron S. Welo
(asw@beaumont-law.com)
BEAUMONT LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: (773) 831-8000

Eugene Y. Turin
(eturin@mcgpc.com)
MCGUIRE LAW, P.C.

55 W. Wacker Drive, 9th Floor
Chicago, IL 606061
Telephone: (312) 893-7002

***Attorneys for Plaintiff and
Putative Class***